Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs; mandate forthwith.

### JOHN C. KING FLOORING COMPANY v. ART DESIGNED FLOORING COMPANY and H. C. Nielsen.
### No. 6160.

Circuit Court of Appeals, Sixth Circuit.
Feb. 17, 1933.

Richey & Watts, of Cleveland, Ohio, and Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellant.

Harness, Dickey, Pierce & Hann, of Detroit, Mich., for appellees.

PER CURIAM.

Decree of District Court reversed, and cause remanded.

### Harlan JOHNSON v. UNITED STATES of America.
### No. 6371.

Circuit Court of Appeals, Sixth Circuit.
Jan. 20, 1933.

Henry S. McGuire and A. B. Thomason, both of Lexington, Ky., for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Decree of District Court affirmed.

### Michael C. JONES v. F. G. ZERBST, Warden.
### No. 827.

Circuit Court of Appeals, Tenth Circuit.
March 16, 1933.

Michael C. Jones, pro se.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

### Elmer W. KELLEY and the General Street Signal Corporation, Appellants, v. CITY OF NEW YORK and John A. Harriss, Appellees.
### No. 271.

Circuit Court of Appeals, Second Circuit.
March 6, 1933.

O'Brien, Boardman, Conboy, Memhard & Early, of New York City (Martin Conboy, of New York City, and Harold E. Stonebraker and Sutherland & Dwyer, all of Rochester, N. Y., of counsel), for appellants.

Charles Neave, Henry R. Ashton, and Harry A. Yerkes, Jr., all of New York City (Arthur J. W. Hilly, Corp. Counsel, of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [58 F.(2d) 831] affirmed.

### KENTUCKY RIVER COAL CORPORATION v. Robert H. LUCAS, Formerly Collector of Internal Revenue for District of Kentucky.
### No. 6048.

Circuit Court of Appeals, Sixth Circuit.
Dec. 8, 1932.